**United States District Court**
For the Northern District of California

**E-FILED on ___1/9/13___**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C-12-02263 RMW |
| Plaintiff, | |
| v. | JUDGMENT PURSUANT TO FED. R. CIV. P. 68 |
| HONG ANH NGUYEN, individually and d/b/a/ DONG QUE, | |
| Defendant. | |

On January 7, 2013, defendant offered to allow judgment to be taken against him pursuant to Federal Rule of Civil Procedure 68 in the sum of $4501.00, the sum already including any recoverable costs and attorneys' fees accrued in favor of the plaintiff.  Dkt. No. 16.  On January 8, 2013, plaintiff accepted defendant's offer.  Dkt. No. 17.  Accordingly, the court hereby enters judgment against defendant in the total sum of $4,501.00.

IT IS SO ORDERED.

DATED: _____January 9, 2013_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT PURSUANT TO FED. R. CIV. P. 68—No. C-12-02263 RMW
ALG